3153 (Rev. 01-19)



STATE OF MICHIGAN
**DEPARTMENT OF TREASURY**
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: | MANNING MECHANICAL |

| 8800 W MCNICHOLS RD |

| |

| DETROIT MI 48221-2449 |

Debtor

Case No.: | 26-41173-TJT |

Chapter: | 11 |

Honorable | THOMAS J TUCKER |

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

Secured: Claim No. [ ] $ [ ]

Priority: Claim No. [ 22-2 ] $ [ 25,450.06 ]

Unsecured: Claim No. [ 22-2 ] $ [ 6,272.40 ]

Administrative: Claim No. [ ] $ [ ]

Total to be withdrawn: $ [ 31,722.46 ]

/S/ Latrice Russell

Director
Collection Services Bureau
Michigan Department of Treasury